PEOPLE ex rel. SMITH v. VILLAGE OF NELLISTON. 175

THIRD DEPARTMENT, MAY TERM, 1879.

THE PEOPLE OF THE STATE OF NEW YORK EX REL. JOHN SMITH AND THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, APPELLANTS, v. THE VILLAGE OF NELLISTON, RESPONDENT.

*Certiorari — will not lie to a village, to review proceedings had for its incorporation.*

A writ of *certiorari* will not issue to a village, to review alleged irregularities in the proceedings by which it is claimed to have been incorporated.

APPEAL from an order made at Special Term superseding a writ of *certiorari*, issued to the respondent to review the regularity of the proceedings had for its incorporation.

*D. M. K. Johnson*, for the relators.

*J. E. Dewey*, for the respondent.

*Per Curiam:*

We think that this writ was properly superseded. Without examining the question whether the proceedings to incorporate the village could, in any case, be reviewed by *certiorari*, we are of opinion that, at any rate, the present writ will not lie. This is a writ directed to the village of Nelliston ; but it does not seek to review any acts of the village, but only the acts of the persons who, before the village was incorporated, took proceedings for its incorporation, and did, as they claim, create the corporation.

It is manifest that these were not the acts of the corporation. They were acts which preceded the alleged incorporation of the village. The relators do not claim that the village has made any erroneous decision, but that there is no village.

The order appealed from should be affirmed, with ten dollars costs and printing disbursements.

Present — LEARNED, P. J., BOARDMAN and BOCKES, JJ.

Order affirmed, with ten dollars costs and printing disbursements.